In the Matter of the Judicial Settlement of the Account of Proceedings of CORA INGRAM, as Administratrix, etc., of CASTELLA WALKER, Known Also as STELLA WALKER or CASTILLA WALKER, Deceased, Appellant. MURDOCK WALKER, MARY

B. Scott, as Administratrix, etc., of Nicy Blackman, Deceased, and Lucille A. Dale, Respondents.— Decree of the Surrogate's Court of Queens county settling the amended account of the administratrix and surcharging her unanimously affirmed, without costs. No opinion. Present — Hagarty, Carswell, Davis, Johnston and Taylor, JJ.